■ COLUMBUS HOLDING CORPORATION, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 48114.)

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur. [60 Misc 2d 199.]